(April 14, 1906.)

## In re WILLIAM D. HAYWOOD.

[85 Pac. 902.]

APPLICATION of William D. Haywood for a writ of *habeas corpus.* Writ issued, and case heard and considered on the return and supplemental return of the officer and the answer of the petitioner. *Writ quashed,* and prisoner remanded to the custody of the officer.

Fred Miller, John F. Nugent and Edmund F. Richardson, for the Petitioner.

John J. Guheen, Attorney General, Owen M. Van Duyn, Prosecuting Attorney of Canyon County, and James H. Hawley, W. E. Borah and W. A. Stone, for the State.

Per CURIAM.—The facts in this case are substantially the same as *In re Moyer,* (*ante,* p. 250, 85 Pac. 190), just decided by this court, and upon the authority of that case, and for the reasons therein stated, the writ is quashed, and the prisoner remanded to the custody of the officer.

(April 14, 1906.)

## In re GEORGE A. PETTIBONE.

[85 Pac. 902.]

APPLICATION of George A. Pettibone for a writ of *habeas corpus.* Writ issued, and cause heard and considered on the return and supplemental return of the officer and the answer of the petitioner. *Writ quashed,* and prisoner remanded to the custody of the officer.

Fred Miller, John F. Nugent and Edmund F. Richardson, for the Petitioner.

John J. Guheen, Attorney General, Owen M. Van Duyn, Prosecuting Attorney of Canyon County, and James H. Hawley, W. E. Borah and W. A. Stone, for the State.

Per CURIAM.—The facts in this case are substantially the same as *In re Moyer,* (*ante,* p. 250, 85 Pac. 190), just decided by this court, and upon the authority of that case, and for the reasons therein stated, the writ is quashed, and the prisoner is hereby remanded to the custody of the officer.

---

(April 16, 1906.)

G. E. NOBLE, State Veterinary Surgeon, Petitioner and Plaintiff, v. ROBERT S. BRAGAW, State Auditor, Defendant.

[85 Pac. 903.]

CONSTITUTIONAL LAW—REPEAL, AMENDMENT AND REVISION OF LEGISLATIVE ACT—PUBLICATION OF SECTION AS AMENDED—STATE VETERINARY SURGEON—DUTIES OF—RULE OF STATUTORY CONSTRUCTION—ABOLISHMENT OF OFFICE—DUTIES IMPOSED ON OTHERS—EXPRESS AND IMPLIED REPEALS—AMENDATORY ACTS—ACT PART CONSTITUTIONAL AND PART UNCONSTITUTIONAL.

1. Before a legislative act is held unconstitutional, it should appear beyond a reasonable doubt that it infringes some provision of the constitution. Section 18 of article 3 of the state constitution prohibits the legislature from revising or amending any act by mere reference to its title and commands that the section as amended shall be set forth and published at full length.

2. Said section of the constitution does not require the whole act containing the section amended to be republished in full; it only requires republication of the section amended.

3. An act approved February 6, 1905 (Sess. Laws 1905, p. 39), is an act for the suppression of contagious and infectious diseases